IN THE UNITED STATES DISTRICT COURT
OR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| THOMAS HUDSON, | ) |
|         Plaintiff, | ) Case No. **6:10-cv-00684-TC** |
| vs. | ) |
| | ) **ORDER** |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | ) |
|         Defendant. | ) |

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of **$4,553.76** are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. It is further ordered that such fees are payable to Plaintiff's attorney Richard A. Sly, and mailed to said Plaintiff's attorney, subject to any allowable treasury offset. See *Astrue v. Ratliff*, 130 U.S. 2521 (June 14, 2010). There are no costs or expenses to be paid herein.

Dated: 10/31, 2011.

_____
Thomas M. Coffin
United States Magistrate Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503)224-0436
Of Attorneys for Plaintiff